PLEASANTVILLE TAXPAYERS, *ET AL.*, v.
CITY OF PLEASANTVILLE, *ET AL.*

September 21, 1971. Petition for certification denied.
(See 115 *N. J. Super.* 85)

JASPER C. GOULD, *ET AL.*, v.
AMERICAN WATER WORKS SERVICE CO., INC., *ET AL.*

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE KING.

September 21, 1971. Petition for certification denied.
(See 115 *N. J. Super.* 140)

STATE OF NEW JERSEY v. ALBERT ADES.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LULU MACK.

September 21, 1971. Petition for certification denied.
(See 114 *N. J. Super.* 513)

STATE OF NEW JERSEY v. BARRY GODFREY BREWER.

September 21, 1971. Petition for certification denied.